

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 | **Order Filed on May 22, 2018 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: <u>15-30389 JNP</u> |
| In Re:<br>       Hector Manuel Rodriguez, Lisa Rosa Rodriguez,<br><br>Debtors. | Adv. No.:<br><br>Hearing Date:  5/15/18  @ 10:00 a.m.<br><br>Judge:  <u>Jerrold N. Poslusny, Jr.</u> |

**ORDER CURING POST-PETITOIN ARREARS & RESOLVING CERTIFICATION OF DEFAULT**

   The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 22, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Hector Manuel Rodriguez, Lisa Rosa Rodriguez
Case No: 15-30389 JNP
Caption of Order: ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 618 Colgate Ln, Deptford, NJ, 08090, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Francis Landgrebe, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 10, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2018 through May 2018 for a total post-petition default of $9,575.24 (5 @ $1,547.67 1 AO payment @ $531.76, 5 AO payments at $531.79 less $1,353.82 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,575.24 will be paid by Debtor remitting $1,595.87 per month for five months and $1,595.89 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on June 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 2018, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, CO 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling

**(Page 3)**
Debtor:  Hector Manuel Rodriguez, Lisa Rosa Rodriguez
Case No:  15-30389 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFCATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Hector Manuel Rodriguez, Jr.
Lisa Rosa Rodriguez
      Debtors

Case No. 15-30389-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 22, 2018
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb       Hector Manuel Rodriguez, Jr.,   Lisa Rosa Rodriguez,   618 Colgate Lane,
          Wenonah, NJ  08090-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
        as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
        2007-9 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
           Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
        of the Bank of New York Mellon fka the Bank of New York, as Trustee for the certificateholders
        of the CWABS, Inc., Asset-Backed Certificates, Series 2 NJ_ECF_Notices@McCalla.com,
        NJ_ECF_Notices@McCalla.com
           Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
        for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
        of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
        NJ_ECF_Notices@McCalla.com
           Francis    Landgrebe    on behalf of Joint Debtor Lisa Rosa Rodriguez flandgrebe@verizon.net,
        r61604@notify.bestcase.com
           Francis    Landgrebe    on behalf of Debtor Hector Manuel Rodriguez, Jr. flandgrebe@verizon.net,
        r61604@notify.bestcase.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
           Lynn Therese Nolan    on behalf of Creditor    The Bank of New York Mellon FKA  The Bank of New
        York, as Trustee for  the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
        Series 2007-9  by its servicing agent Specialized Loan Ser ecfnotices@grosspolowy.com,
        jbommelje@grosspolowy.com
           Michael E. Blaine    on behalf of Creditor    The Bank of New York Mellon FKA  The Bank of New York,
        as Trustee for  the certificateholders of the CWABS, Inc.,  Asset-Backed Certificates, Series
        2007-9  by its servicing agent Specialized Loan Ser mblaine@schillerknapp.com,
        tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
        napp.com
                                                                                                                          TOTAL: 9