Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–30389–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hector Manuel Rodriguez Jr.
aka Hector Manuel Rodriguez
618 Colgate Lane
Wenonah, NJ 08090–1110

Lisa Rosa Rodriguez
aka Lisa Rosa Irizarry
618 Colgate Lane
Wenonah, NJ 08090–1110

Social Security No.:
xxx–xx–6060                                     xxx–xx–6147

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            August 16, 2019
Time:            10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to Trustee's Certification of Default (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Francis Landgrebe on behalf of Hector Manuel Rodriguez Jr., Lisa Rosa Rodriguez. (Attachments: # 1 Certificate of Service) (Landgrebe, Francis)

and transact such other business as may properly come before the meeting.


Dated: July 19, 2019
JAN: bed

Jeanne Naughton
Clerk