Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−30389−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Hector Manuel Rodriguez Jr.           Lisa Rosa Rodriguez
   aka Hector Manuel Rodriguez           aka Lisa Rosa Irizarry
   618 Colgate Lane                          618 Colgate Lane
   Wenonah, NJ 08090−1110            Wenonah, NJ 08090−1110

Social Security No.:
   xxx−xx−6060                               xxx−xx−6147

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           August 16, 2019
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*46* − Certification in Opposition to Trustee's Certification of Default (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Francis Landgrebe on behalf of Hector Manuel Rodriguez Jr., Lisa Rosa Rodriguez. (Attachments: # 1 Certificate of Service) (Landgrebe, Francis)

and transact such other business as may properly come before the meeting.

Dated: July 19, 2019
JAN: bed

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-30389-JNP
Hector Manuel Rodriguez, Jr.                                          Chapter 13
Lisa Rosa Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Jul 19, 2019
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         Hector Manuel Rodriguez, Jr.,    Lisa Rosa Rodriguez,    618 Colgate Lane,
                 Wenonah, NJ 08090-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               of the Bank of New York Mellon fka the Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series 2 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francis Landgrebe    on behalf of Joint Debtor Lisa Rosa Rodriguez flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Francis Landgrebe    on behalf of Debtor Hector Manuel Rodriguez, Jr. flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor    The Bank of New York Mellon FKA  The Bank of New
               York, as Trustee for  the certificateholders of the CWABS, Inc.,  Asset-Backed Certificates,
               Series 2007-9  by its servicing agent Specialized Loan Ser ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Michael E. Blaine    on behalf of Creditor    The Bank of New York Mellon FKA  The Bank of New York,
               as Trustee for  the certificateholders of the CWABS, Inc.,  Asset-Backed Certificates, Series
               2007-9  by its servicing agent Specialized Loan Ser
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
                                                                                             TOTAL: 9