| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Hector Manuel Rodriguez Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6060<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa Rosa Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6147<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–30389–JNP | |

# Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Hector Manuel Rodriguez Jr.                Lisa Rosa Rodriguez
    aka Hector Manuel Rodriguez                aka Lisa Rosa Irizarry

    2/4/21                                     **By the court:** Jerrold N. Poslusny Jr.
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 15-30389-JNP

Hector Manuel Rodriguez, Jr.                                                     Chapter 13

Lisa Rosa Rodriguez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Feb 04, 2021     Form ID: 3180W     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Hector Manuel Rodriguez, Jr., Lisa Rosa Rodriguez, 618 Colgate Lane, Wenonah, NJ 08090-1110 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Specialized Loan Servicing LLC, as servicing agent, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | The Bank of New York Mellon FKA The Bank of New Y, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 515822489 | + | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 515822490 | | ARS Account Resolution Services, Attn Bankruptcy, PO Box 459079, Sunrise, FL 33345-9079 |
| 515822483 | + | Accounts Recovery Bureau, Inc, 555 Van Reed Road, Wyomissing, PA 19610-1756 |
| 515822485 | + | Advocare, 849 Cooper St, Woodbury, NJ 08096-2571 |
| 515822486 | + | Advocare The Center Childrens Neurology, PO Box 3001, Voorhees, NJ 08043-0598 |
| 515822488 | + | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 515822491 | + | Booth Radiology/South Jersey Radiology, Billing Office/Bankruptcy, 1307 White Horse Rd Ste A-102, Voorhees, NJ 08043-2100 |
| 515822492 | + | Bundens, David A MD, 17 West Red Bank Ave No.: 104, Woodbury, NJ 08096-1630 |
| 515822493 | | Cabot Collection Systems LLC, 523 Old Marlton Pike Ste 172, Marlton, NJ 08053 |
| 515822495 | | Center for Family Guidence PC, PO Box 306, Marlton, NJ 08053-0306 |
| 515822497 | | Clinical Health Care Associates, PO Box 777-w0530, Philadelphia, PA 19175-0530 |
| 515822498 | + | Emerg Care Services of NJ PA, PO Box 12907, Norfolk, VA 23541-0907 |
| 515822499 | | Emergency Physicians Services, PO Box 8826, Lancaster, PA 17604-8826 |
| 515822500 | + | Financial Recoveries, 200 East Park Dr Ste 100, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 515822503 | | HRRG, PO Box 459080, Sunrise, FL 33345-9080 |
| 515822504 | + | HSBC, PO Box 12907, Norfolk, VA 23541-0907 |
| 515822506 | + | Inspira Health Network, Attn: Billing/Bankruptcy Dept, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 515822507 | + | Inspira Medical Center Woodbury Inc, Attn Billing Office, 509 N Broad Street, Woodbury, NJ 08096-1697 |
| 515822508 | | LabCorp, Bankruptcy Dept, PO Box 2240, Burlington, NC 27216-2240 |
| 515822509 | + | Loomis Company, 850 N Park Road, Wyomissing, PA 19610-1340 |
| 515822510 | + | Milstead and Associates, 1 east Stow Rd, Marlton, NJ 08053-3118 |
| 515822511 | | Miracle Financial Inc., 52 Armstrong Rd, Plymouth, MA 02360-4807 |
| 515822513 | | NCC Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 515822512 | | Navient Solutions Inc, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes-Barre, PA 18773-9430 |
| 515822516 | | Northeast Credit & Collection, PO Box 3358, Scranton, PA 18505-0358 |
| 515822517 | + | O'Brien, Evan D MD PC, 1225 N Broad St Ste 3, Woodbury, NJ 08096-1203 |
| 515822518 | | Orthopedics at Woodbury, 414 Tatum Street, Woodbury, NJ 08096-3499 |
| 515822521 | + | Premier Orthopaedic of SJ, 1007 Mantua Pike, Woodbury, NJ 08096-3963 |
| 515822522 | | Princeton Healthcare Systems, PO Box 8500, Philadelphia, PA 19178-9226 |
| 515822523 | | Princeton House Behavoir Health, PO Box 13768, Philadelphia, PA 19101-3768 |
| 515822525 | | Receiving Outsourcing Inc, PO Box 62850, Baltimore, MD 21264-2850 |
| 515822529 | + | STAT Imaging at Riverwinds, Attn Billing/Bankruptcy, 204 Grove Ave, Thorofare, NJ 08086-2557 |
| 515822526 | + | South Jersey Radiology, Billing/Bankruptcy Dept, 1307 White Horse Rd Ste A102, Voorhees, NJ 08043-2100 |
| 515822528 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 515954444 | + | The Bank of New York Mellon, Trustee(See 410), c/o SPECIALIZED LOAN SERVICING LLC, 8742 LUCENT BLVD, SUITE 300, HIGHLANDS RANCH, COLORADO 80129-2386 |
| 515822531 | | UMFHC, PO Box 1386, Bellmawr, NJ 08099-5386 |
| 515822532 | + | Underwood-Inspira Health Network, Attn: Billing/Bankruptcy Dept, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 515822533 | + | Verizon NJ, Afni, Inc, PO Box 3667, Bloomington, IL 61702-3667 |

Case 15-30389-JNP  Doc 58  Filed 02/06/21  Entered 02/07/21 00:16:52  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 59 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515822487 | + EDI: RMCB.COM | Feb 05 2021 01:23:00 | American Medical Collection, Attn Billing/Bankruptcy, 4 Westchester Plaza No.110, Elmsford, NY 10523-1615 |
| 516019388 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:07 | Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515822494 | Email/Text: clientrep@capitalcollects.com | Feb 04 2021 21:06:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 515822496 | + Email/Text: bankruptcy@certifiedcollection.com | Feb 04 2021 21:04:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 515822501 | Email/Text: bankruptcy@frost-arnett.com | Feb 04 2021 21:03:00 | Frost-Arnett Company, PO Box 198988, Nashville, NJ 37219-8988 |
| 515822505 | EDI: IIC9.COM | Feb 05 2021 01:23:00 | IC System, 444 Highway 96 East, PO Box 64378, St Paul, MN 55164-0378 |
| 515822514 | + Email/Text: egssupportservices@alorica.com | Feb 04 2021 21:05:00 | NCO Financial Systems, Inc., Bankruptcy Department, 507 Prudential Road, Horsham, PA 19044-2308 |
| 516018961 | EDI: NAVIENTFKASMSERV.COM | Feb 05 2021 01:23:00 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 515822515 | Email/Text: ebn@nemours.org | Feb 04 2021 21:05:00 | Nemour Chldrens Clinic, PO Box 277802, Atlanta, NJ 30384-7802 |
| 515822520 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 515852978 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 515822519 | Email/Text: recovery@paypal.com | Feb 04 2021 21:03:00 | PayPal, PO Box 45950, Omaha, NE 68145-0950 |
| 515822524 | + Email/Text: BankruptcyMail@questdiagnostics.com | Feb 04 2021 21:06:00 | Quest Diagnostics, Bankruptcy Department, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 515822527 | + EDI: SWCR.COM | Feb 05 2021 01:23:00 | Southwest Credit Systems, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 515822534 | + EDI: VERIZONCOMB.COM | Feb 05 2021 01:23:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516313526 | *+ | The Bank of New York Mellon Trustee (see 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515822530 | *+ | The Loomis company, 850 N. Park Rd, Wyomissing, PA 19610-1340 |
| 515822484 | ##+ | Advanced Orthopedic Center, PO Box 4337, Lancaster, PA 17604-4337 |

Case 15-30389-JNP    Doc 58    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 59 |

| 515822502 | ##+ | Gloucester County Surgical Center, 163 Bridgeton Pike, Mullica Hill, NJ 08062-2669 |
| 515822535 | ##+ | Woodbury Foot Care Center, 722 Mantua Pike Ste 8, Woodbury Heights, NJ 08097-1141 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC  as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent of the Bank of New York Mellon fka the Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francis Landgrebe | on behalf of Joint Debtor Lisa Rosa Rodriguez flandgrebe@verizon.net  r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Debtor Hector Manuel Rodriguez  Jr. flandgrebe@verizon.net, r61604@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lynn Therese Nolan | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 by its servicing agent Specialized Loan Ser ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Michael E. Blaine | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 by its servicing agent Specialized Loan Ser tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com |

TOTAL: 9